**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State,                                Respondent,

v.

Gerard Newton,                        Appellant.

—————————

Appeal From Union County
John C. Hayes III, Circuit Court Judge

—————————

Unpublished Opinion No. 2012-UP-342
Submitted May 1, 2012 – Filed June 6, 2012

—————————

**APPEAL DISMISSED**

—————————

Appellate Defender Breen Richard Stevens, of Columbia, for Appellant.

Attorney General Alan Wilson, Chief Deputy Attorney General John W. McIntosh, and Senior Assistant Deputy Attorney General Salley W. Elliott,

all of Columbia; and Solicitor Kevin S. Brackett, of York, for Respondent.

**PER CURIAM:** Gerard Newton appeals his convictions of distribution of cocaine and distribution of cocaine within proximity of a school, public park, or public playground, arguing the circuit court erred in denying his motion for a directed verdict.  After a thorough review of the record and counsel's brief pursuant to <u>Anders v. California</u>, 386 U.S. 738 (1967), and <u>State v. Williams</u>, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsel's motion to be relieved.

**APPEAL DISMISSED.**

**WILLIAMS, THOMAS, and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.